MARGARET B. ROACH, Respondent, v. GILBERT S. LYON, Appellant.— Action to recover damages for personal injuries sustained by plaintiff when her heel caught in a reed rug on the porch of defendant's home, causing her to stumble and resulting in a sprain of her sacro-iliac joint. Judgment of the City Court of the City of White Plains in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

IRVING L. ROLLINS, Respondent, v. CARIB SYNDICATE, LIMITED, Appellant. (Appeal No. 1.) — Action by an attorney to recover the reasonable value of services rendered by him as attorney for a plaintiff in a stockholders' derivative action. Defendant appeals from order denying its motion to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice, or for the same relief in the alternative pursuant to rule 107 of the Rules of Civil Practice. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

IRVING L. ROLLINS, Respondent, v. CARIB SYNDICATE, LIMITED, Appellant. (Appeal No. 2.) — The action is by an attorney to recover the reasonable value of services rendered by him as attorney for a plaintiff in a stockholders' derivative action. Order granting in part plaintiff's motion for an examination before trial of defendant and directing the production of books and records for use upon such examination, affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. Order denying defendant's cross-motion for a stay of all proceedings on the part of plaintiff, pursuant to section 1520, Civil Practice Act, until appeal costs heretofore awarded to defendant in the stockholders' action shall have been paid, affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur. [172 Misc. 648.]

FRANK SOLMO, by ALBINA SOLMO, His Guardian ad Litem, and ALBINA SOLMO, Appellants, v. F. K. MOTOR SALES, INC., Respondent.— In an action to recover damages for personal injuries, loss of services and medical expenses as the result of injuries sustained by the infant plaintiff, following an accident in which he was struck by defendant's automobile while driven by its chauffeur, judgment dismissing the complaint at the close of the case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

JAMES G. SOLOMON, Respondent, v. KEYES MOTOR SALES, INC., FRANK N. NEIBERGALL and WALTER WILLIAMS, Appellants, and HENRIQUE R. F. WHITE, Defendant.— In an action to recover damages for personal injuries, order setting aside the verdict of a jury in favor of appellants and ordering a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.